[No. 28517-3-I.   Division One.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
A. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00166-3, John F. Wilson, J., entered June 5, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 28810-5-I.   Division One.   March 29, 1993.]

LAVERNA M. FLINDT, *Appellant*, v. TORBEN FLINDT,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-19628-0, Norman W. Quinn, J., entered July 5, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Kennedy, J.

[No. 27686-7-I.   Division One.   March 29, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL
ERIC STONEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-04768-9, Steven G. Scott, J., entered January 7, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Scholfield and Kennedy, JJ.